FILED

05 OCT -3 PM 4:38

U.S. DISTRICT COURT
WDNY ROCHESTER

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

        Plaintiff,

    V.

CHARLES SAWYER,

        Defendant.

**REPORT AND RECOMMENDATION**

05-CR-6053L

By order dated April 14, 2005, the Honorable David G. Larimer referred the undersigned to "hear and determine" any pretrial matter pending before the court, which a Magistrate Judge may hear and determine pursuant to 28 U.S.C. 636(b)(1)(B) and thereafter to submit to the District Judge proposed finding of fact and recommendations for the disposition by the District Judge. (Docket #2). The defendant filed, among other motions, motions to dismiss on the following grounds: to dismiss based upon a lack of proper instructions before the Grand Jury (Docket #27-3); to dismiss based upon voting irregularities of the Grand Jury and presentation of evidence (Docket #27-4) and to dismiss based upon insufficiency (Docket #27-5). Motion argument was conducted on October 3, 2005 and without objection the Court notified counsel that an oral Report and Recommendation would be issued in court on October 3, 2005 regarding the pending motions to dismiss.

For the reasons set forth by the Court in open court on October 3, 2005, it is my Report and Recommendation that the motions to dismiss made by the defendant on August 31, 2005 be **denied**.

_____
HON. MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2005
Rochester, New York

Pursuant to 28 U.S.C. § 636(b)(1), it is hereby

**ORDERED**, that this Report and Recommendation be filed with the Clerk of the Court.

**ANY OBJECTIONS** to this Report and Recommendation must be filed with the Clerk of this Court within ten (10) days after receipt of a copy of this Report and Recommendation in accordance with the above statute, Fed.R. Civ.P. 72(b) and Local Rule 72.3(a)(3).

The district court will ordinarily refuse to consider on *de novo* review arguments, case law and/or evidentiary material which could have been, but was not, presented to the magistrate judge in the first instance. *See e.g. Patterson-Leitch Co., Inc. v. Massachusetts Municipal Wholesale Electric Co.*, 840 F.2d 985 (1st Cir. 1988).

**Failure to file objections within the specified time or to request an extension of such time waives the right to appeal the District Court's Order.** *Thomas v. Arn*, 474 U.S. 140 (1985); *Wesolek v. Canadair Ltd., et al.*, 838 F.2d 55 (2d Cir. 1988).

The parties are reminded that, pursuant to Rule 72.3(a)(3) of the Local Rules for the Western District of New York, "written objections shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for such objection and shall be supported by legal authority." **Failure to comply with the provisions of Rule 72.3(a)(3), or with the similar provisions of Rule 72.3(a)(2) (concerning objections to a Magistrate Judge's Decision and Order), may result in the District Court's refusal to consider the objection.**

Let the Clerk send a copy of this Order and a copy of the Report and Recommendation to the attorneys for the Plaintiff and the Defendant.

**SO ORDERED.**

 Marian W. Payson
 United States Magistrate Judge

Dated: October 3, 2005
Rochester, New York